In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-16-00203-CV
_____

**ENTERGY ARKANSAS, INC., Appellant**

**V.**

**DENNIS DEEN CHARTERS AND CATHY CHARTERS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF DENNIS WADE CHARTERS, Appellees**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-196,107**

**MEMORANDUM OPINION**

The appellant, Entergy Arkansas, Inc., filed an unopposed motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

$$\underline{\hspace{5cm}}$$
CHARLES KREGER
Justice

Submitted on September 21, 2016
Opinion Delivered September 22, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.